# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00024-01-CR-W-GAF |
| | ) | |
| ROSARIO TOVAR-SAVALA, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to the charge contained in Count One of the Indictment (Doc. #1) charging Defendant with unlawful re-entry after removal after a felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in facts containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested. I therefore recommend that the plea of g uilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE